ARNOLD, CONSTABLE CORPORATION, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 47847.   Promulgated October 31, 1932.

*J. R. Little, Esq.,* for the petitioner.
*J. M. Morawski, Esq.,* for the respondent.

1428

OPINION.

GOODRICH: We have held heretofore that, for the purpose of applying a net loss sustained by a corporation prior to affiliation to income earned thereafter, the periods of the calendar or fiscal year before and after the affiliation of previously existing corporations occurs, under the provisions of section 200 (a) of the Revenue Act of 1924, each constitute a "taxable year." *Weissberger Moving & Storage Co.*, 26 B. T. A. 1375. The pertinent parts of that section have been unchanged by the Revenue Acts of 1926 and 1928 which are applicable to this case.

Reviewed by the Board.

*Judgment will be entered for the respondent.*

---

VAN FOSSAN, dissenting: The reasons which impel me to dissent in this case are fully elaborated in my dissenting opinion in *Weissberger Moving & Storage Co.*, *supra.* I believe the construction placed by the Board on the term "taxable year" in the *Weissberger* case, cited as authority for the instant decision, is contrary to the clear intention of Congress and violative of the basic theory of income-tax accounting.

SMITH, TRAMMELL, and SEAWELL agree with this dissent.